Fill in this information to identify the case:

United States Bankruptcy Court for the:
Western District of Louisiana

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual
12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☑ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's full name**

Morris
First name

F.
Middle name

Hankins
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

None

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☐ Unknown

xxx – xx – 4 7 6 6    OR    9xx – xx – __ __ __

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☑ Unknown

___ – _____
EIN

___ – _____
EIN

Official Form 105                    Involuntary Petition Against an Individual                    page 1

Debtor   Morris F. Hankins   Case number (if known)_____

**6. Debtor's address**

Principal residence:
10608 Hwy 182
Number   Street

Franklin   LA   70538
City   State   ZIP Code

St. Mary County
County

Mailing address, if different from residence:
Number   Street

City   State   ZIP Code

Principal place of business:
10608 Hwy 182
Number   Street

Franklin   LA   70538
City   State   ZIP Code

St. Mary County
County

**7. Type of business**

☐ Debtor does not operate a business

Check one if the debtor operates a business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**8. Type of debt**

Each petitioner believes:

☐ **Debts are primarily consumer debts.** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** Business debts are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____   Relationship _____
District _____   Date filed _____   Case number, if known _____
                                      MM / DD / YYYY

Debtor _____   Relationship _____
District _____   Date filed _____   Case number, if known _____
                                      MM / DD / YYYY

Debtor  Morris F. Hankins     Case number (if known) _____

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

Check one:

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| J & C Land Holdings, LLC | Promissory Note | $ 151,332.55 |
| Macbar Investments, LLC | Promissory Note | $ 75,666.30 |
| MBB Investments, Inc. | Promissory Note | $ 75,666.30 |
| | Total | $ 302,665.15 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor  Morris F. Hankins     Case number (if known) _____

**Part 4:  Request for Relief**

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| X _[signature]_<br>Signature of petitioner or representative, including representative's title | X _[signature]_<br>Signature of attorney |
| J & C Land Holdings, LLC<br>Printed name of petitioner | John A. Mouton, III<br>Printed name |
| Date signed 12/03/2020<br>MM / DD / YYYY | Law Offices of John A. Mouton, III<br>Firm name, if any |
| | 1200 Camellia Blvd., Ste. 204<br>Number   Street |
| Mailing address of petitioner | Lafayette    LA    70508<br>City    State    ZIP Code |
| 101 Windham Circle<br>Number   Street | Date signed 12/03/2020<br>MM / DD / YYYY |
| Lafayette    LA    70503<br>City    State    ZIP Code | Contact phone 337-988-6499  Email john@jmoutonlaw.com |

If petitioner is an individual and is not represented by an attorney:

Contact phone _____
Email _____

_[signature]_
WARD LAFLEUR
Mehtook & Lafleur
600 Jefferson Street #1000
Lafayette, LA 70501
337-266-2189
wlafleur@mandllaw.com

Name and mailing address of petitioner's representative, if any

Jason Stone
Name

101 Windham Circle
Number   Street

Lafayette    LA    70503
City    State    ZIP Code

Debtor  Morris F. Hankins

Case number (if known)

**X** *Christopher Glascow* (signature)
Signature of petitioner or representative, including representative's title

Macbar Investments, LLC
Printed name of petitioner

Date signed 12/03/2020
         MM / DD / YYYY

Mailing address of petitioner
19 Oakthorn Court
Number  Street

Youngsville          LA     70592
City                State   ZIP Code

Name and mailing address of petitioner's representative, if any
Christopher Glascow
Name

19 Oakthorn Court
Number  Street

Youngsville          LA     70592
City      State ZIP Code

**X** (signature)
Signature of Attorney

John A. Mouton, III
Printed name

Law Offices of John A. Mouton, III
Firm name, if any

1200 Camellia Blvd., Ste. 204
Number  Street

Lafayette             LA     70508
City                  State   ZIP Code

Date signed 12/03/2020
         MM / DD / YYYY

Contact phone 337-988-6499   Email john@jmoutonlaw.com

WARD LAFLEUR
Mahtook & Lafleur
600 Jefferson Street #1000
Lafayette, LA 70501
337-266-2189
wlafleur@mandllaw.com

---

**X** (signature)
Signature of petitioner or representative, including representative's title

MBB Investments, Inc.
Printed name of petitioner

Date signed 12/03/2020
         MM / DD / YYYY

Mailing address of petitioner
101 Windham Circle
Number  Street

Lafayette            LA     70503
City                 State   ZIP Code

Name and mailing address of petitioner's representative, if any
Jason Stone
Name

101 Windham Circle
Number  Street

Lafayette            LA     70503
City                 State   ZIP Code

**X** (signature)
Signature of Attorney

John A. Mouton, III
Printed name

Law Offices of John A. Mouton, III
Firm name, if any

1200 Camellia Blvd., Ste. 204
Number  Street

Lafayette             LA     70508
City                  State   ZIP Code

Date signed 12/03/2020
         MM / DD / YYYY

Contact phone 337-988-6499   Email john@jmoutonlaw.com

WARD LAFLEUR
Mahtook & Lafleur
600 Jefferson Street #1000
Lafayette, LA 70501
337-266-2189
wlafleur@mandllaw.com

Official Form 105          Involuntary Petition Against an Individual          page 5