**SO ORDERED.**

**SIGNED February 16, 2022.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-50892 |
| MORRIS HANKINS | |
| *Debtor* | CHAPTER 7 |

_____

## TURNOVER ORDER

Considering the *Motion for Debtor's Turnover of Proceeds* [ECF #61] (the "Motion"), filed by Lucy G. Sikes, solely in her capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate of Morris F. Hankins, the record of this case, the lack of opposition to the Motion, the evidence adduced in open Court at the hearing of the Motion on February 15, 2022, and for good cause shown,

**IT IS ORDERED** that Morris F. Hankins deliver the sum of $30,000.00 to the Trustee's counsel, listed below, via wire transfer or certified funds (cashier's check or money order) within fourteen (14) days of the entry of this order.

###

Order Submitted By,

**STEWART ROBBINS BROWN & ALTAZAN LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By: /s/*Paul Douglas Stewart, Jr.*
    Paul Douglas Stewart, Jr. (La. #24661)
    dstewart@stewartrobbins.com
    Hayley Jane Franklin (La. #39186)
    hfranklin@stewartrobbins.com

*Counsel to Lucy G. Sikes, Chapter 7 Trustee for the Bankruptcy Estate of Morris F. Hankins*