UNITED STATES BAKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: CASE NO. 20-50892

MORRIS HANKINS

*Debtor* CHAPTER 7

**NOTICE OF NONCOMPLIANCE WITH COURT ORDER AND MOTION SEEKING ISSUANCE OF RULE TO SHOW CAUSE FOR DEBTOR TO APPEAR AND SHOW WHY HE SHOULD NOT BE HELD IN CIVIL CONTEMPT**

NOW INTO COURT, through undersigned counsel, comes Lucy G. Sikes, solely in her capacity as the Chapter 7 Trustee (the "Trustee") for the above-captioned bankruptcy estate (the "Estate") of Morris F. Hankins (the "Debtor"), who respectfully (a) provides the Court with notice that the Debtor has not complied with the Court's February 16, 2022 *Turnover Order* [Dkt. # 75], and (b) requests that the Court issue a rule to show cause directing the Debtor to personally appear and show cause why he should not be held in civil contempt for failing to comply with the order. For the convenience of the Court, the Trustee attaches a draft proposed *Order to Show Cause* for the Court's use.

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to hear this matter under 28 U.S.C. §§ 157 and 1334.

2. This matter is a "core" proceeding under 28 U.S.C. §§ 157(b)(2)(A) and 28 U.S.C. §§ 157(b)(2)(E).

3. Venue is proper in this Court under 28 U.S.C. §§1408-1409.

4. This proceeding is initiated pursuant to 11 U.S.C. §§ 541-542, 11 U.S.C. § 521, and 11 U.S.C. § 105.

5. The Trustee consents to the entry of a final order with respect to the relief requested.

## BACKGROUND

6. Petitioning Creditors filed an involuntary petition on December 3, 2020.

7. An Order for Relief Under Chapter 7 of the Bankruptcy Code was entered on March 30, 2021 [ECF-24].

8. Lucy G. Sikes was appointed trustee on March 30, 2021 and remains the Trustee.

9. On February 16, 2022, the Court issued its *Turnover Order* [Dkt. # 75] (the "Turnover Order"), pursuant to § 521(a) and § 542(a) of the Code, directing the Debtor to turnover $30,000 that constitutes property of the Estate within fourteen (14) days. The Turnover Order is attached hereto as **Exhibit "A"**.

10. The Bankruptcy Noticing Center served the Turnover Order on the Debtor at his last reported address – 10608 Hwy 182, Franklin, LA 70538 on February 16, 2022, *see* **Exhibit "B"**, attached hereto.

## NOTICE OF NONCOMPLIANCE

11. As of today's date, March 21, 2022, the Debtor has not complied, and his lack of compliance is well beyond the fourteen (14) days afforded him by the Turnover Order.

## ORDER TO SHOW CAUSE FOR CIVIL CONPEMPT

12. In *Placid Refining Company v. Terrebonne Fuel and Lube, Inc. (In re Terrebonne Fuel And Lube, Incorporated)* 108 F.3d 609 (5th Cir. 1997), the Fifth Circuit held that the a bankruptcy court has civil contempt power under 11 U.S.C. § 105 in order to effectuate its Orders.

13. According to *Placid*, 108 F.3d 609 (5th Cir. 1997), the majority of the circuits that address this issue find that a bankruptcy court's power to conduct civil contempt proceedings and issue orders in accordance with the outcome of those proceedings lies in 11 U.S.C. § 105.

14. Of course, under *Matter of Hipp, Inc.,* 895 F.2d 1503, 1509 (5th Cir.1990), Bankruptcy Courts lack the power to hold persons in criminal contempt, which is not being requested here.

15. This proceeding is one of civil contempt, in that it seeks to coerce the Debtor's compliance with the Court's Order as opposed to punishing the Debtor's non-compliance.

## NOTICE AND DUE PROCESS

16. Under Bankruptcy Rule 4002(a)(5), "[i]n addition to performing other duties prescribed by the Code and rules, the debtor shall: . . . (5) file a statement of any change of the debtor's address." In turn, Bankruptcy Rule 7004(b)(1) permits service of process by mail to the "individual's dwelling house or usual place of abode or to the place where the individual regularly conducts a business or profession." The combined result of Bankruptcy Rules 4002(a)(5) and 7004(b)(1) is that where notice is sent to the address listed by the debtor in his or her bankruptcy petition, absent the required statement of change of the debtor's address, due process is satisfied. See, *McDermott v. Cantrell (In re Cantrell)*, Nos. 17-62952-JWC, 18-5090-JWC, 2019 Bankr. LEXIS 1628, at *7 (Bankr. N.D. Ga. May 29, 2019), *Coggin v. Coggin (In re Coggin)*, 30 F.3d 1443, 1450 (11th Cir. 1994), *abrogated on other grounds by Kontrick v. Ryan*, 540 U.S. 443 (2004).

17. While the Trustee is informed that the Debtor has abandoned his former domicile and moved to Colorado, it is the Debtor's responsibility to keep the Court apprised of his whereabouts, and until he does so the Trustee specifically entitled to serve the Debtor at his last disclosed address. At bar, that is the address listed in the Court's mailing list and the address upon which the Turnover Order was served.

WHEREFORE, the Trustee, through undersigned counsel, prays that the Court issue a Rule to Show Cause directing the Debtor to personally appear and show cause why he should not be held in civil contempt.

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By: */s/Paul Douglas Stewart, Jr.*
Paul Douglas Stewart, Jr. (La. #24661)
dstewart@stewartrobbins.com
Hayley Jane Franklin (La. #39186)
hfranklin@stewartrobbins.com

***Counsel to Lucy G. Sikes, Chapter 7 Trustee for the Bankruptcy Estate of Morris F. Hankins***

# EXHIBIT A

**Turnover Order**

**SO ORDERED.**

**SIGNED February 16, 2022.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-50892 |
| MORRIS HANKINS | |
| *Debtor* | CHAPTER 7 |

_____

### **TURNOVER ORDER**

Considering the *Motion for Debtor's Turnover of Proceeds* [ECF #61] (the "Motion"), filed by Lucy G. Sikes, solely in her capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate of Morris F. Hankins, the record of this case, the lack of opposition to the Motion, the evidence adduced in open Court at the hearing of the Motion on February 15, 2022, and for good cause shown,

**IT IS ORDERED** that Morris F. Hankins deliver the sum of $30,000.00 to the Trustee's counsel, listed below, via wire transfer or certified funds (cashier's check or money order) within fourteen (14) days of the entry of this order.

EXHIBIT "A"

###

Order Submitted By,

**STEWART ROBBINS BROWN & ALTAZAN LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By: */s/Paul Douglas Stewart, Jr.*
   Paul Douglas Stewart, Jr. (La. #24661)
   dstewart@stewartrobbins.com
   Hayley Jane Franklin (La. #39186)
   hfranklin@stewartrobbins.com

*Counsel to Lucy G. Sikes, Chapter 7 Trustee for the Bankruptcy Estate of Morris F. Hankins*

# EXHIBIT B

**Proof of Notice**

United States Bankruptcy Court
Western District of Louisiana

In re:  Case No. 20-50892-JWK
Morris F. Hankins  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0536-4  User: mdoucet  Page 1 of 2
Date Rcvd: Feb 16, 2022  Form ID: pdf8  Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Morris F. Hankins, 10608 Hwy 182, Franklin, LA 70538-7364 |
| aty | | Stewart Robbins & Brown, LLC, 301 Main Street, STE 1640, POB 2348, Baton Rouge, LA 70821-2348 |
| ptcrd | + | J & C Land Holdings, LLC, 101 Windham Circle, Lafayette, LA 70503-5483 |
| ptcrd | + | MBB Investments, Inc., 101 Windham Circle, Lafayette, LA 70503-5483 |
| ptcrd | #+ | Macbar Investments, LLC, 19 Oakthorn Court, Youngsville, LA 70592-5464 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o LOGS Legal Group LLP, 3510 N. Causeway Blvd Suite 600, Metairie, LA 70002-3540 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anna Haugen | on behalf of U.S. Trustee Office of U. S. Trustee anna.haugen@usdoj.gov |
| John A. Mouton, III | on behalf of Petitioning Creditor MBB Investments Inc. john@jmoutonlaw.com |
| John A. Mouton, III | |

EXHIBIT B

| | |
|---|---|
| John A. Mouton, III | on behalf of Plaintiff MBB Investments Inc. john@jmoutonlaw.com |
| John A. Mouton, III | on behalf of Plaintiff J&C Land Holdings LLC john@jmoutonlaw.com |
| John A. Mouton, III | on behalf of Petitioning Creditor Macbar Investments LLC john@jmoutonlaw.com |
| John A. Mouton, III | on behalf of Petitioning Creditor J & C Land Holdings LLC john@jmoutonlaw.com |
| John A. Mouton, III | on behalf of Plaintiff Macbar Investments LLC john@jmoutonlaw.com |
| Julie I. Faulk | on behalf of Petitioning Creditor MBB Investments Inc. jfaulk@mandllaw.com |
| Julie I. Faulk | on behalf of Petitioning Creditor Macbar Investments LLC jfaulk@mandllaw.com |
| Julie I. Faulk | on behalf of Petitioning Creditor J & C Land Holdings LLC jfaulk@mandllaw.com |
| L. Claire Mayer | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE cmayer@logs.com, laecf@logs.com;logsecf@ecf.com |
| Lucy G. Sikes (Chapter 7 Trustee) | sikesecf@gmail.com LA51@ecfcbis.com |
| Lucy G. Sikes (Chapter 7 Trustee) | on behalf of Trustee Lucy G. Sikes (Chapter 7 Trustee) sikesecf@gmail.com LA51@ecfcbis.com |
| Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| Paul Douglas Stewart, Jr. | on behalf of Trustee Lucy G. Sikes (Chapter 7 Trustee) dstewart@stewartrobbins.com jdelage@stewartrobbins.com;kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com |
| Thomas E. St. Germain | on behalf of Debtor Morris F. Hankins ecf@weinlaw.com GermainTR72571@notify.bestcase.com;hrichard@ecf.courtdrive.com;tstgermain@ecf.courtdrive.com;atalhelm@ecf.courtdrive.com;svenable@ecf.courtdrive.com;bsonnier@ecf.courtdrive.com;receptionist1414@ecf.courtdrive.com |

TOTAL: 16

# EXHIBIT PROPOSED ORDER

**Proposed Form of Rule to Show Cause**

# UNITED STATES BAKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

IN RE:                                                              CASE NO. 20-50892

**MORRIS HANKINS**

*Debtor*                                                          CHAPTER 7

---

### ORDER TO SHOW CAUSE

---

**IT IS ORDERED** that Morris F. Hankins **PERSONALLY APPEAR AND SHOW CAUSE** on _____, 2022 at \_\_:00 \_.m. prevailing Central Time in the U.S. Bankruptcy Court for the Western District of Louisiana, Lafayette Division, 800 Lafayette Street, Lafayette, Louisiana, why he should not be held in civil contempt for his failure to satisfy the $30,000 turnover obligation in the Court's attached February 16, 2022 *Turnover Order* [Dkt. # 75].

**IT IS FURTHER ORDERED** that any response to this *Order to Show Cause* shall be filed in the record **no later than seven (7) days** before the hearing and served upon the Trustee's counsel and all other parties entitled to notice in this case.

###

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By: */s/Paul Douglas Stewart, Jr.*
Paul Douglas Stewart, Jr. (La. #24661)
dstewart@stewartrobbins.com
Hayley Jane Franklin (La. #39186)
hfranklin@stewartrobbins.com

***Counsel to Lucy G. Sikes, Chapter 7 Trustee for the Bankruptcy Estate of Morris F. Hankins***