**SO ORDERED.**

**SIGNED April 19, 2022.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

---

### UNITED STATES BAKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-50892 |
| MORRIS HANKINS | |
| *Debtor* | CHAPTER 7 |

---

### ORDER TO SHOW CAUSE

---

**IT IS ORDERED** that Morris F. Hankins **PERSONALLY APPEAR AND SHOW CAUSE** on **May 25, 2022 at 1:30 p.m. prevailing Central Time** in the U.S. Bankruptcy Court for the Western District of Louisiana, Lafayette Division, 800 Lafayette Street, Lafayette, Louisiana, why he should not be held in civil contempt for his failure to satisfy the $30,000 turnover obligation in the Court's attached February 16, 2022 *Turnover Order* [Dkt. # 75].

**IT IS FURTHER ORDERED** that any response to this *Order to Show Cause* shall be filed in the record **no later than seven (7) days** before the hearing and served upon the Trustee's counsel and all other parties entitled to notice in this case.

###

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By: */s/Paul Douglas Stewart, Jr.*
    Paul Douglas Stewart, Jr. (La. #24661)
    dstewart@stewartrobbins.com
    Hayley Jane Franklin (La. #39186)
    hfranklin@stewartrobbins.com

***Counsel to Lucy G. Sikes, Chapter 7 Trustee for the Bankruptcy Estate of Morris F. Hankins***